IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR 460 -1 |
| | : | |
| STEVEN MILES VATSAAS | : | |

The Grand Jury charges:

From on or about August 12, 2019, continuing up to and including on or about February 13, 2020, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, STEVEN MILES VATSAAS did knowingly receive and attempt to receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

FORFEITURE ALLEGATION

1.     The factual allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.     Upon conviction of the offense alleged in this Indictment, the defendant, STEVEN MILES VATSAAS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all visual depictions described in Title 18, United States Code, Section 2252A or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of the offense or any property traceable to such property.

3.     The property subject to forfeiture pursuant to Paragraph 2 above may include, but shall not be limited to, the following property of the defendant seized on February 13, 2020:

a.     Dell Desktop computer;

b.     Sandisk 128GB USB drive; and

c.     Sandisk 16GB USB drives (two).

2

All in accordance with Title 18, United States Code, Section 2253, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: October 26, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY: WHITNEY N. SHAFFER
Assistant United States Attorney

A TRUE BILL:

_____

FOREPERSON

3